IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

3:07mc00004

| | |
|---|---|
| MERCEXCHANGE, L.L.C., | Case No. 2:01-CV-736 |
| Plaintiff, | |
| v. | (Pending the United States District Court for the Eastern District of Virginia) |
| eBAY INC. AND HALF.COM, INC., | |
| Defendants. | |

**DEFENDANTS EBAY INC.'S AND HALF.COM, INC'S MOTION TO COMPEL ALFRED WEAVER TO COMPLY WITH A SUBPOENA DUCES TECUM**

Defendants eBay Inc. and Half.com, Inc. respectfully move this Court to compel Alfred Weaver's response to eBay Inc. and Half.com's subpoena *duces tecum*. For the reasons set forth in the accompanying memorandum in support of the motion, defendants respectfully request that their motion be granted.

Dated: February 2, 2007

Respectfully submitted,

s/ Meghan M. Cloud
Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave.
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
Virginia Bar Number 35817
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave.
Washington, DC 20005
(202) 371-7000

Robert W. McFarland
Virginia Bar Number 24021
Meghan M. Cloud
Virginia Bar Number 68044
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23150-1655
(757) 640-3700

Attorneys for Defendants eBay Inc. and
Half.com, Inc.

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing DEFENDANTS EBAY INC AND HALF.COM, INC'S MOTION TO COMPEL ALFRED WEAVER TO COMPLY WITH A SUBPOENA DUCES TECUM to be served as follows this Second day of February 2007:

VIA HAND DELIVERY:

Gregory N. Stillman, Esquire
Hunton & Williams
SunTrust Center #1000
Norfolk, VA 23510

VIA OVERNIGHT DELIVERY:

Scott L. Robertson, Esquire
Hunton & Williams
1900 K Street, N.W.
Washington, DC 20006

Seth P. Waxman, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

s/ Meghan M. Cloud