# EXHIBIT 3

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
650-470-4500
DIRECT FAX
650-470-4570
EMAIL ADDRESS
BANKENBR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 26, 2007

**VIA FACSIMILE**

Gregory N. Stillman, Esq.
Hunton & Williams LLP
Suite 1000
500 East Main Street
Norfolk, VA 23510

RE: *MercExchange, L.L.C. v. eBay Inc., et al.*, Case No: 2:01-CV-736

Dear Greg:

As I requested by voicemail message earlier today, please contact me at your earliest convenience to meet and confer regarding Hunton & Williams' objections and responses to eBay's and Half.com's subpoenas *duces tecum* to: Altitude Capital Partners; Kenneth Nahan; Nordlicht & Hand; and Alfred Weaver. Also, please let me know if Hunton & Williams represents any other third party in connection with subpoenas served by eBay and Half.com.

I understand you may be out of the office today but returning on Monday, January 29. In view of the brief discovery period, please contact me at 303-483-1120 on Monday to meet and confer or schedule a time to do so as soon as possible.

Very truly yours,

[Dictated But Not Read]

Brian J. Ankenbrandt

cc: Scott L. Robertson, Esq. (via facsimile)
cc: Seth P. Waxman, Esq. (via facsimile)