# EXHIBIT 4

# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
SUITE 1000
500 EAST MAIN STREET
NORFOLK, VIRGINIA 23510

TEL   757 - 640 - 5300
FAX   757 - 625 - 7720

GREGORY N. STILLMAN
DIRECT DIAL: 757-640-5314
EMAIL: GSTILLMAN@HUNTON.COM
FILE NO: 56614.14

January 19, 2007

*Via Facsimile*

Jeffrey G. Randall, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94306

MercExchange v. eBay, Inc., Half.com, Inc.

Dear Jeff:

We will be representing Alfred Weaver and are in receipt of your January 11, 2007 subpoena issued in Virginia. Mr. Weaver objects to the requests in this subpoena as being overly broad and unduly burdensome, as well as seeking documents that are proprietary, highly confidential, and/or are protected by the attorney-client privilege. Mr. Weaver further objects to these requests as being outside the scope of the limited discovery permitted by the Court's December 18, 2006 Order and Opinion. Based on these objections, Mr. Weaver does not plan on responding to this subpoena until we can have a "meet and confer" regarding these requests.

Best regards.

Yours sincerely,

Gregory N. Stillman

01368/05953

cc: Allan M. Soobert, Esq.
    Robert W. McFarland, Esq.
    Seth P. Waxman, Esq.

ATLANTA  BANGKOK  BEIJING  BRUSSELS  CHARLOTTE  DALLAS  HOUSTON  KNOXVILLE
LONDON  McLEAN  MIAMI  NEW YORK  NORFOLK  RALEIGH  RICHMOND  SINGAPORE  WASHINGTON
www.hunton.com