# EXHIBIT 6

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

---

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
650-470-4580
DIRECT FAX
650-470-4570
EMAIL ADDRESS
JRANDALL@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 1, 2007

**VIA FACSIMILE**

Gregory N. Stillman, Esq.
Hunton & Williams LLP
Suite 1000
500 East Main Street
Norfolk, VA 23510

    RE:    *MercExchange, L.L.C. v. eBay Inc., et al.*, Case No: 2:01-CV-736

Dear Greg:

    This letter provides notice pursuant to the Federal Rules of Civil Procedure, Rule 45 that eBay Inc. and Half.com, Inc. will move to compel compliance with the subpoena *duces tecum* served on Alfred Weaver on January 12, 2007.

    It has been more than three weeks since we served the subpoena, more than a week since the compliance deadline passed, and six days since we wrote to request a meet-and-confer to discuss the subpoena, yet Mr. Weaver has neither produced nor agreed to produce a single document.

    We remain willing to meet and confer to discuss Mr. Weaver's full (albeit belated) production of documents in response to the subpoena, but given the brief discovery period and discovery cutoff of March 2, 2007, we have no choice but to move to compel at this time.

                                          Very truly yours,

                                          [Dictated But Not Read]

                                          Jeffrey G. Randall

cc:    Scott L. Robertson, Esq. (via facsimile)
cc:    Seth P. Waxman, Esq. (via facsimile)