# EXHIBIT 13


# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
SUITE 1000
500 EAST MAIN STREET
NORFOLK, VIRGINIA 23510

TEL   757 · 640 · 5300
FAX   757 · 625 · 7720

GREGORY N. STILLMAN
DIRECT DIAL: 757-640-5314
EMAIL: GSTILLMAN@HUNTON.COM
FILE NO: 56614.14

January 22, 2007

*Via Facsimile*

Jeffrey G. Randall, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94306

MercExchange v. eBay, Inc., Half.com, Inc.

Dear Jeff:

We will be representing Nordlicht & Hand and are in receipt of your January 11, 2007 subpoena issued in New York. Nordlicht & Hand objects to the requests in this subpoena as being overly broad and unduly burdensome, as well as seeking documents that are proprietary, highly confidential, and/or are protected by the attorney-client privilege. Based on these objections, Nordlicht & Hand does not plan on responding to this subpoena until we can have a "meet and confer" regarding these requests.

Best regards.

Yours sincerely,

Gregory N. Stillman

01368/05953

cc:  Allan M. Soobert, Esq.
     Robert W. McFarland, Esq.
     Seth P. Waxman, Esq.