# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

*3 07-MC-00004*

|  |  |
|---|---|
| MERCEXCHANGE, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| eBAY INC. AND HALF.COM, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No. 2:01-CV-736

(Pending in the United States
District Court for the Eastern
District of Virginia)

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for eBay Inc. ("eBay") and Half.com, Inc. ("Half.com") certifies the following:

Defendant eBay has no parent company, and it does not own 10% or more of the stock in any publicly held company.

Defendant Half.com is a wholly-owned subsidiary of eBay, and it has no other parents, subsidiaries, or affiliates.

Dated: February 2, 2007          Respectfully submitted,

s/ Meghan M. Cloud

Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave.
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
Virginia Bar Number 35817
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave.
Washington, DC 20005
(202) 371-7000

Robert W. McFarland
Virginia Bar Number 24021
Meghan M. Cloud
Virginia Bar Number 68044
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23150-1655
(757) 640-3700

Attorneys for Defendants eBay Inc. and
Half.com, Inc.