456 (Rev.5/85) Notice

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Mercexchange, LLC | NOTICE |
| v. | CASE NO.: 3:07MC00004 |
| eBay, Inc., et al | |

**TYPE OF CASE:**

X  CIVIL            CRIMINAL

**X  TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**PLACE:**                326

U. S. DISTRICT COURT
255 West Main Street           **DATE:** 14 FEB 2007
Charlottesville, VA  22902     **TIME:** 9:00 a.m.

**TYPE OF PROCEEDING:**

**MOTION TO COMPEL**

                                JOHN F. CORCORAN, CLERK OF COURT

DATE:  February 6, 2007    By: /s/ H. Wheeler
                                    DEPUTY CLERK

To: All counsel
    File
    B. Waugh Crigler, U.S. Magistrate Judge
    Brenda Dameron, Deputy Clerk