CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 06 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

MERCEXCHANGE, L.L.C.,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　　　)　　Case No. 2:01-CV-736
　　　　　　　　　　　　　　　　　　　　　　)
eBAY INC. AND HALF.COM, INC.,　　　　　　　)　　(Currently Pending in the United
　　　　　　　　　　　　　　　　　　　　　　)　　States District Court for the
　　　　　Defendants.　　　　　　　　　　　　)　　Eastern District of Virginia)
　　　　　　　　　　　　　　　　　　　　　　)

## NOTICE OF APPEARANCE

Hunton & Williams LLP hereby provides Notice of Appearance as counsel for MercExchange, L.L.C.

Respectfully submitted,

MERCEXCHANGE, L.L.C.

*Brent L. VanNorman*
By Counsel

Gregory N. Stillman (VA BAR #14308) (gstillman@hunton.com)
Brent L. VanNorman (VA BAR #45956) (bvannorman@hunton.com)
**HUNTON & WILLIAMS LLP**
500 E. Main Street, Suite 1000
Norfolk, VA 23514
Telephone : (757) 640-5300
Facsimile : (757) 625-7720

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2007, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served by Overnight Mail as follows:

Robert W. McFarland, VSB No. 24021
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23510-1655
(757) 640-3700

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

Allan M. Soobert
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005

*Brent L. VanNov*