

# HUNTON & WILLIAMS

HUNTON & WILLIAMS LLP
SUITE 1000
500 EAST MAIN STREET
NORFOLK, VIRGINIA 23510

TEL 757-640-5300
FAX 757-625-7720

BRENT L. VANNORMAN
DIRECT TEL: 757-640-5343
EMAIL hvannorman@hunton.com

FILE NO 56614.000014

February 6, 2007

**BY FACSIMILE 434-295-8909**

John F. Corcoran, Clerk
United States District Court for the
Western District of Virginia, Charlottesville Division
255 W. Main Street, Room 304
Charlottesville, VA 22902

*Attention: Michele A. Bottiglieri, Deputy Clerk*

**MERCEXCHANGE V. EBAY, INC., HALF.COM, INC.**
U.S.D.C E.D. VA. (NORFOLK DIV.) CIVIL ACTION NO. 2:01CV736

Dear Ms. Bottiglieri:

Here is a Notice Of Appearance on behalf of Plaintiff MercExchange, LLC.

Very truly yours,

*Brent L. VanNor*

Brent L. VanNorman

06286/06364
Enclosure
cc: Jeffrey G. Randall, Esq. — By UPS Next Day
    Allan M. Soobert, Esq. — By UPS Next Day
    Robert W. McFarland, Esq. — By UPS Next Day

Dockets.Justia.com