UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**Mercexchange, LLC**           **NOTICE**

    v.            **CASE NO.:** 3:07MC00004

**eBay, Inc., et al**

---

**TYPE OF CASE:**
         CIVIL         **X**     CRIMINAL

---

**X**    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**          326

U. S. DISTRICT COURT
255 West Main Street        **DATE:** 14 FEB 2007
Charlottesville, VA 22902     **TIME:** 9:00 a.m.

---

**TYPE OF PROCEEDING:**

**MOTION TO COMPEL**

---

                                JOHN F. CORCORAN, CLERK OF COURT

DATE: February 6, 2007     By: /s/ H. Wheeler
                                        DEPUTY CLERK

To:    All counsel
       File
       B. Waugh Crigler, U.S. Magistrate Judge
       Brenda Dameron, Deputy Clerk