IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MERCEXCHANGE, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>eBAY INC. AND HALF.COM, INC., )<br>)<br>Defendants. )<br>)<br>) | Miscellaneous Case No. 3:07-mc-00004-bwc<br><br>(Currently Pending in the United States District Court for the Eastern District of Virginia as Case No. 2:01-CV-736) |

### DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* AND NOTICE OF APPEARANCE OF JEFF G. RANDALL

Defendants, eBay Inc. and Half.Com, Inc., by and through their undersigned counsel, a member of the bar of this Court, hereby move for the entry of an order admitting Jeff G. Randall *pro hac vice*, for the purpose of representing defendants in the above-captioned matter. In support thereof, they state as follows:

1. Jeff G. Randall is an attorney with the law firm of Skadden, Arps, Slate, Meagher, & Flom LLP in its Palo Alto, California, and Washington, D.C., offices and is knowledgeable about the facts of this matter. Defendants wish to have Mr. Randall participate as their counsel in the hearing set for Wednesday, February 14, 2007, at 9:00 a.m., in association with a member of the bar of this Court.

2. Mr. Randall was admitted to the State Bar of California in 1987. He has also been admitted to practice before the U.S. Court of Appeals for the Ninth and Federal Circuits and the U.S. Supreme Court. He is a member in good standing of those courts, as well as of the State Bar of California.

3. Admitting Mr. Randall *pro hac vice* in this matter will not prejudice any of the parties.

WHEREFORE, defendants respectfully request that Jeff G. Randall be admitted *pro hac vice* for the purpose of representing them in this matter.

Respectfully submitted,

Dated: February 8, 2007

s/ Meghan M. Cloud
Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave.
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
Virginia Bar Number 35817
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave.
Washington, DC 20005
(202) 371-7000

Robert W. McFarland
Virginia Bar Number 24021
Meghan M. Cloud
Virginia Bar Number 68044
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23150-1655
(757) 640-3700

Attorneys for eBay Inc. and Half.com, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* and Notice of Appearance of Jeff G. Randall to be served as follows this 8th day of February 2007, via overnight delivery:

>Gregory N. Stillman, Esquire
>Hunton & Williams
>SunTrust Center #1000
>Norfolk, VA 23510
>
>Scott L. Robertson, Esquire
>Hunton & Williams
>1900 K Street, N.W.
>Washington, DC 20006
>
>Seth P. Waxman, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>
>s/ Meghan M. Cloud

\4426377.1