# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| MERCEXCHANGE, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> eBAY INC. AND HALF.COM, INC., ) <br> ) <br> Defendants. ) | Miscellaneous Case No. 3:07-mc-00004-bwc <br><br> (Currently Pending in the United States District Court for the Eastern District of Virginia as Case No. 2:01-CV-736) |

**DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* AND NOTICE OF APPEARANCE OF ALLAN M. SOOBERT**

Defendants, eBay Inc. and Half.Com, Inc., by and through their undersigned counsel, a member of the bar of this Court, hereby move for the entry of an order admitting Allan M. Soobert *pro hac vice,* for the purpose of representing defendants in the above-captioned matter. In support thereof, they state as follows:

1. Allan M. Soobert is an attorney with the law firm of Skadden, Arps, Slate, Meagher, & Flom LLP in its Washington, D.C., offices and is knowledgeable about the facts of this matter. Defendants wish to have Mr. Soobert participate as their counsel in the hearing set for Wednesday, February 14, 2007, at 9:00 a.m., in association with a member of the bar of this Court.

2. Mr. Soobert was admitted to the Virginia State Bar in 1993 and the District of Columbia Bar in 1994. *See* Exhibits 1 and 2 (Certificates of Good Standing from the Virginia State Bar and District of Columbia Court of Appeals). He has also been admitted to practice

before, and is a member in good standing of, the U.S. Court of Appeals for the Federal Circuit, the U.S. District Court for the Eastern District of Virginia, and the U.S. Supreme Court.

3. Admitting Mr. Soobert *pro hac vice* in this matter will not prejudice any of the parties.

WHEREFORE, defendants respectfully request that Allan M. Soobert be admitted *pro hac vice* for the purpose of representing them in this matter.

Respectfully submitted,

Dated: February 8, 2007

s/ Meghan M. Cloud
Jeffrey G. Randall
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave.
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert
Virginia Bar Number 35817
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave.
Washington, DC 20005
(202) 371-7000

Robert W. McFarland
Virginia Bar Number 24021
Meghan M. Cloud
Virginia Bar Number 68044
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23150-1655
(757) 640-3700

Attorneys for eBay Inc. and Half.com, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* and Notice of Appearance of Allan M. Soobert to be served as follows this 8th day of February 2007, via overnight delivery:

      Gregory N. Stillman, Esquire
      Hunton & Williams
      SunTrust Center #1000
      Norfolk, VA 23510

      Scott L. Robertson, Esquire
      Hunton & Williams
      1900 K Street, N.W.
      Washington, DC 20006

      Seth P. Waxman, Esquire
      Wilmer, Cutler, Pickering, Hale and Dorr LLP
      1875 Pennsylvania Avenue, N.W.
      Washington, DC 20006

      s/ Meghan M. Cloud_____

\4426643.1