Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel

# Virginia State Bar

**Eighth and Main Building**
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

February 6, 2007

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ALLAN MADIS SOOBERT** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. SOOBERT** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 15, 1993**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds* (signature)

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

EXHIBIT /    ALL-STATE LEGAL®    Dockets.Justia.com