Mercexchange, LLC v. eBay, Inc. et al     Doc. 10 Att. 2



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D.C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ALLAN MADIS SOOBERT**

was on the 14TH day of OCTOBER, 1994 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 7, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

**EXHIBIT 2**

Dockets.Justia.com