CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 12 2007

JOHN F. CORCORAN, CLERK
BY /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**MERCEXCHANGE, L.L.C.,**

    **Plaintiff,**

v.

**EBAY, INC., and HALF.COM, INC.,**

    **Defendants.**

Civil Action No. 3:07-mc-00004-bwc

(Case No. 2:01cv736, Pending in the United States District Court for the Eastern District of Virginia)

### RESPONDENT ALFRED WEAVER AND MERCEXCHANGE, L.L.C.'S MOTION TO QUASH DEPOSITION AND DOCUMENT SUBPOENAS

Pursuant to Fed. R. Civ. P. 26(c) and 45(c), Respondent Alfred Weaver ("Weaver") and the plaintiff in the underlying action, MercExchange, L.L.C. ("MercExchange"), respectfully request that the Court quash the subpoena *duces tecum* and deposition subpoenas served by Defendants eBay, Inc. and Half.com, Inc. (collectively "defendants" or "eBay") upon Dr. Weaver. Defendants' subpoenas blatantly violate the limited scope of discovery authorized by the Trial Court in the underlying litigation, and should not be enforced by this Court. The grounds for this motion are set forth in detail in the accompanying brief in support and in Dr. Weaver's and MercExchange's brief in opposition to defendants' motion to compel.

Dated: February 9, 2007                                    Respectfully submitted,

ALFRED WEAVER, Ph.D., and
MERCEXCHANGE, L.L.C.,

By: *[signature: Brent L. VanNorman]*

Gregory N. Stillman (VSB No. 14308)
Brent L. VanNorman (VSB No. 45956)
**HUNTON & WILLIAMS, LLP**
500 East Main Street
Suite 1000
Norfolk, Virginia 23510
Telephone (757) 640-5300
Facsimile: (757) 625-7720

Attorneys for Plaintiff
MercExchange, L.L.C. and Respondent
Alfred Weaver

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2007, I caused a copy of the foregoing **RESPONDENT ALFRED WEAVER AND MERCEXCHANGE, L.L.C.'S MOTION TO QUASH DEPOSITION AND DOCUMENT SUBPOENAS** to be served as follows:

**By Hand Upon:**

Robert W. McFarland (VSB No. 24021)
Meghan M. Cloud (VSB No. 68044)
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23510-1655
(757) 640-3700

**By Overnight Mail Upon:**

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

Allan M. Soobert
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005

*[Signature]*