CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 12 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

MERCEXCHANGE, L.L.C.,

    Plaintiff,

v.

EBAY, INC., and HALF.COM, INC.,

    Defendants.

Civil Action No. 3:07-mc-00004-bwc

(Case No. 2:01cv736, Pending in the United States District Court for the Eastern District of Virginia)

### DECLARATION OF GREGORY N. STILLMAN IN SUPPORT OF RESPONDENT ALFRED WEAVER AND MERCEXCHANGE, L.L.C.'S MOTION TO QUASH DEPOSITION AND DOCUMENT SUBPOENAS

I, Gregory N. Stillman, declare:

1.  I am an attorney at the law firm of Hunton & Williams LLP, counsel of record for MercExchange, L.L.C. ("MercExchange") in this action. I am a member in good standing of the State Bar of Virginia. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  Attached as Exhibit A is a true and correct copy of the Order and Opinion of December 18, 2006, of the United States District Court for the Eastern District of Virginia, in the underlying action.

3.  Attached as Exhibit B is a true and correct copy of defendants' subpoena *duces tecum* upon Alfred Weaver.

4.  Attached as Exhibit C is a true and correct copy of the Westlaw opinion for *Rosco, Inc. v. Mirror Lite Co.*, 2006 W.L. 2844400, * 4 (E.D.N.Y. Sept. 29, 2006).

5.  Attached as Exhibit D is a true and correct copy of a letter of January 19, 2007, that I sent to defendants' counsel requesting a meet-and-confer with respect to the present discovery issues.

6.  Attached as Exhibit E is a true and correct copy of an e-mail that I sent to defendants' counsel on January 23, 2007, requesting a meet-and-confer with respect to the present discovery issues.

7.  Attached as Exhibit F is a true and correct copy of a letter that I sent on February 6, 2007, to Magistrate Judge James Bradberry pertaining to the present discovery issues.

Executed on February 9, 2007, at Norfolk, Virginia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                    Gregory N. Stillman

Dated: February 9, 2007

Respectfully submitted,

ALFRED WEAVER, Ph.D., and
MERCEXCHANGE, L.L.C.,

By: /s/ Gregory N. Stillman

Gregory N. Stillman (VSB# 14308)
Brent VanNorman (VSB# 45956)
**HUNTON & WILLIAMS, LLP**
500 East Main Street
Suite 1000
Norfolk, Virginia 23510
Telephone (757) 640-5300
Facsimile: (757) 625-7720

Attorneys for Plaintiff
MercExchange, L.L.C. and Respondent
Alfred Weaver

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2007, I caused a copy of the foregoing **DECLARATION OF GREGORY N. STILLMAN IN SUPPORT OF RESPONDENT ALFRED WEAVER AND MERCEXCHANGE, L.L.C.'S MOTION TO QUASH DEPOSITION AND DOCUMENT SUBPOENAS** to be served as follows:

**By Hand Upon:**

Robert W. McFarland, VSB No. 24021
Meghan M. Cloud, VSB No. 68044
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23510-1655
(757) 640-3700

**By Overnight Mail Upon:**

Jeffrey G. Randall
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301

Allan M. Soobert
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005

_[signature]_