Mercexchange, LLC v. eBay, Inc. et al                                                                 Doc. 15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

MERCEXCHANGE, LLC,  )   CASE NO. 3:07MC00004
                    )
     Plaintiff,     )
v.                  )   ORDER
                    )
eBAY, INC., et al., )
                    )
     Defendants.    )
                    )   By:  B. WAUGH CRIGLER
                        U.S. MAGISTRATE JUDGE

Having been advised that proceedings before the Eastern District of Virginia could render the ancillary discovery matter filed in this court moot, it hereby is

ORDERED

as follows:

1) All proceedings before this court hereby are STAYED until matters before the Eastern District of Virginia have been resolved;

2) The hearing scheduled for February 14, 2007 at 9:00 a.m. hereby is CANCELLED.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States Magistrate Judge

2/12/07
Date

Dockets.Justia.com