CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
FEB 12 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MERCEXCHANGE, LLC, | CASE NO. 3:07MC00004 |
| Plaintiff, | |
| v. | ORDER |
| eBAY, INC., et al., | |
| Defendants. | By: B. WAUGH CRIGLER<br>U.S. MAGISTRATE JUDGE |

Upon consideration whereof, it is hereby

O R D E R E D

that defendants' February 8, 2007 motion for *pro hac vice* admission of Allan M. Soobert, Esq., a member in good standing of the Virginia State Bar, to appear before this court along with local counsel hereby is GRANTED.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: /s/
U.S. Magistrate Judge

2/12/07
Date