Mercexchange, LLC v. eBay, Inc. et al   Doc. 17

```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                      AT CHARLOTTESVILLE, VA
                                                              FILED
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA          FEB 12 2007
              CHARLOTTESVILLE DIVISION
                                                    JOHN F. CORCORAN, CLERK
                                                    BY:
                                                        DEPUTY CLERK
```

|  |  |  |
|---|---|---|
| MERCEXCHANGE, LLC, | ) | CASE NO. 3:07MC00004 |
| Plaintiff, | ) | |
| v. | ) | |
| eBAY, INC., et al., | ) | ORDER |
| Defendants. | ) | |
| | ) | By:   B. WAUGH CRIGLER |
| | | U.S. MAGISTRATE JUDGE |

Upon consideration whereof, it is hereby

O R D E R E D

that defendants' February 8, 2007 motion for *pro hac vice* admission of Jeff G. Randall, Esq., a member in good standing of the California State Bar, to appear before this court along with local counsel hereby is GRANTED.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: /s/ *[signature]*
U.S. Magistrate Judge

2/12/07
Date

Dockets.Justia.com