CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 0 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MERCEXCHANGE, LLC, | CASE NO. 3:07MC00004 |
| Plaintiff, | |
| v. | |
| eBAY, INC., et al., | ORDER |
| Defendants. | By: B. WAUGH CRIGLER<br>U.S. MAGISTRATE JUDGE |

The undersigned having been informed that proceedings before the Eastern District of Virginia have rendered the ancillary discovery matter filed in this court moot, it hereby is

ORDERED

that this case be DISMISSED from the docket of the court.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: /s/
U.S. Magistrate Judge

5-01-07
Date